FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Justin Creed VanArsdale          Guardian X
Judge Edenfield                  Guardian RFED Device
Detective Eliott
Alien X - Extraterrestrials Military X

(Enter above full name of plaintiff or plaintiffs)

CV421-345

v.

State of GA/Georgia
Government X
USA

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes [X]  No ___

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: Justin Creed VanArsdale
               Vice President
   Defendants: President Jo Biden
               Amarit

2. Court (if federal court, name the district; if state court, name the county):
   United States District Court

3. Docket number: X—X

4. Name of judge assigned to case: X

d. Gifts or inheritances?  Yes X  No ___

e. Any other sources?  Yes X  No ___

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. _yes I have inherited alien Star Ship, with alien Fleet Dead to prove there self to thee._

3. Do you own any cash, or do you have any money in a checking, savings, or any other kind of account other than a prison account?  Yes ___  No X
If the answer is yes, describe the account, its location, and the total value of each account.

4. State the present balance of your prison trust account: _42.$_

Provide the total deposits to your prison trust account for the past six months: _10-50$ a week_

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  Yes ___  No X
If the answer is yes, describe the property and state its approximate value.

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _as of now the only support I have is Extraterrestrial aliens who will show there self to me to prove who I am an what I do._

I declare under penalty of perjury that all of the foregoing is true and correct.

Signed this _____ day of _____, 19____.

_11-26-2021_
(Signature of Plaintiff or Petitioner)
Prisoner No. _2021020 007_

2

7. Approximate date of disposition: _None_

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes ____ No _N/A_

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes ____ No _N/A_

   1. If your answer to C is yes, name the court and docket number for each case:
      X————X
      ————————————
      ————————X————X's
      ————————————

II. Place of present confinement: X————X's

   A. Is there a prisoner grievance procedure in this institution? Yes ____ No _NA_

   B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes ____ No _NA_

   C. If your answer to B is yes:

      1. What steps did you take? _United NA._

      2. What was the result? _NA/Lavar Truesdale X_

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ____ No N/A

If yes, what was the result? _____

D. If you did not utilize the prison grievance procedure, explain why not: N/A

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Justin Creed VanArsdale
Address: Chatham County D.C.
1074 Carl Griffin Dr.
Savannah, GA. 31405
XS

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: S. John Wilcher
Position: Sheriff
Place of employment: X
Current address: X

C. Additional defendants: All officers of CCDC. Lieutenant Todd and Murphy. all Nurses. and most of all attorney Scott C. Robichaux
David Utter J.
William R. Claiborne
Paralegal - Kimberly A. Griffin

4

IV: Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have ancient scribes and $CO_2$/Carbon Dates to prove what I do. I have videos with photographs on the Guardian RFED device from Chatham County D.C. with Imperial Reports that are Declarative with Cryptic order. I have true facts to support all dates, times, places and witnesses of Law with Claims related. my establishments have been infiltrated and assassinated that held all my Original Documents. This is evidence and I will always be consistent with or without it, with all of my claims fast as how every thing goes. I do not have time for compulsory investigations that will hold me up until the world comes to an end. This is proof with names., Judge Edenfield, Detective Eliott and X's who would of proved I had a C.I.# with Lots of paper work Docs. These Decks of Docu's are/were the light above Top Secret, and this is your proof. I have been working on this invention since I was a kid. I once said a prair for this day. I want support from my Human Family Race. My name is VanDradale I was born a man with Destiny, to became prince of the Universe. It is now day. I do have inalienable rights with all members of the Human family as there God with Christ. (Universal Declaration) Preamble). I have been through every thing administrative with procedures followed and I am exhausted from correctional facility were I keep getting Robbed and thats that.

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am ordering Congress and Clerk of Courts to pay me a fee from Tax money of/for 2.3 Trillion Dollars, 2,300,000,000.00$ that shall be Reasonably supported with Military and Legislative Branches of government for all of my claims as a Universal Engineer with Documents to prove what I want to show them to be true with what I do. I am also seeking to award Imperialars for there support to help me Save the Universe and restor the Order as an Imperial Declar with Declarations I am Declarating, to Save the world with new Galactic Branch of Yaaddah with Rankedge that out Ranks any Branch on Planet Earth with this as proof. → MY Crystal Bars of Yaaddah Galactic with Thunder Bars. I also have new Extraterrestrial Alien artifacts with Alien Videos for my Extraterrestrial Articles of Yaaddah to prove who I am with God as the only Galactic fleet Kalfrom Earth.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 19___.

11-26-2021. U

Prisoner No. 2021020 0007

(Signature of Plaintiff)

6

Justin Creed VanArsdale

Savannah Division
United States District Court
PO Box 8286 Savannah, GA 31412